ARTHUR H. LAMBORN and Others, Appellants, v. JACOB COHEN, Respondent.— Motion granted.  Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

DAVID SIMONS, Respondent, v. GEORGE L. BERRY, as President, etc., Appellant. — Motion denied, with ten dollars costs.  Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK (East 225th St. and White Plains Road).— Motion granted.  Settle order on notice.  Guardian ad litem to be appointed for infant petitioner.  Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

DOMENICA DHEMBI (Formerly DOMENICA CARAMETA), as Administratrix, etc., Appellant, v. LEON BLEECKER, Respondent, Impleaded, etc.— Motion granted. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

In the Matter of the Application of ANNIE M. McMAHON, etc. (Fish Avenue, etc.).— Reference ordered to take proof herein of the rights of the parties.  Settle order on notice.  Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

In the Matter of the Application of ANTONIO FERRARO (Fish Avenue, etc.).— Reference ordered to take proof of title and possession.  Settle order on notice. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

MARTHA S. MEDARIS, Appellant, v. DANIEL J. DOWLING, Respondent.— Motion denied.  Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

ADAM NIMPHIUS and Another, v. ADOLPH DAVIS and Others.— Motion denied, with ten dollars costs, and stay vacated.  Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

TUTTLE GENSTIL SHOE COMPANY, a Corporation, Respondent, v. S. STEIN & Co., INC., Appellant.— Motion denied, with ten dollars costs.  Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

MOSCOW MACHINE. TOOL AND ENGINE COMPANY, Respondent, v. OSCAR L. RICHARD and Others, Appellants.— Motion denied, with ten dollars costs.  Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

HENRY BOEHM and Others, Respondents, v. HERMAN M. ZODIKOW, Appellant.— Application denied, with ten dollars costs.  Order signed.  Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

In the Matter of RANDOLPH M. NEWMAN, an Attorney.— Motion denied.  Settle order on notice.  Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

JOHN SPARACIN, an Infant, by JOSEPH SPARACIN, His Guardian ad Litem, Respondent, v. WILLIAM C. KROHN, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

FRANCES WEIL, Respondent, v. DORT MOTOR CAR COMPANY, Appellant, impleaded with Another, Defendant.— Judgment and order affirmed, with costs. No opinion.  Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

THOMAS M. MEEHAN, as Administrator, etc., of JOHN MEEHAN, Deceased, Respondent, v. PARK & TILFORD, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Dowling, Merrell, McAvoy and Martin, JJ.